```
             UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 07 B 05829
   TODD PHELPS
   KERI PHELPS                                      CHAPTER 13

                                                    JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-3694      SSN XXX-XX-4298


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/02/07 and confirmed on 06/21/07.

   2.  The case was dismissed after confirmation, 11/15/2007.

   3.  The Debtor paid a total of $   4340.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | .00 | .00 | .00 |
| GMAC RESCAP LLC | SECURED | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 4658.54 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 11692.88 | 337.33 | 3205.53 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 207.58 | .00 | 207.58 |
| CITIFINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| TAHITI VILLAGE VACATION | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ACU CARE CHIROPRATIC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE AMERICA FEDERA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| EMERGENCY CARE GROUP OF | UNSECURED | NOT FILED | .00 | .00 |
| FNB OMAHA | UNSECURED | NOT FILED | .00 | .00 |
| FNB OMAHA | UNSECURED | NOT FILED | .00 | .00 |
| HAMPSHIRE FIRE PROTECTIO | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |

```
HOME DEPOT CREDIT SERVIC  UNSECURED       NOT FILED              .00           .00
LEADING EDGE RECOVERY SO  UNSECURED       NOT FILED              .00           .00
LOCAL UNION 265           UNSECURED       NOT FILED              .00           .00
MONOGRAM BANK OF AMERICA  UNSECURED       NOT FILED              .00           .00
NICOR GAS                 UNSECURED       NOT FILED              .00           .00
REGIONAL ADJUSTMENT BURE  UNSECURED       NOT FILED              .00           .00
SHERMAN ACQUISITION       UNSECURED       NOT FILED              .00           .00
TRG ACCOUNT SERVICES      UNSECURED       NOT FILED              .00           .00
WELLS FARGO FINANCIAL BA  UNSECURED       NOT FILED              .00           .00
WELLS FARGO FINANCIAL BA  UNSECURED       NOT FILED              .00           .00
WELLS FARGO FINANCIAL BA  UNSECURED       NOT FILED              .00           .00
WOMENS HEALTH SPECIALIST  UNSECURED       NOT FILED              .00           .00
FORD MOTOR CREDIT CO      UNSECURED       NOT FILED              .00           .00
HSBC                      UNSECURED       NOT FILED              .00           .00
        Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  16559.00         .00          .00        .00     16559.00
PRINCIPAL PAID       3413.11         .00          .00        .00      3413.11
INTEREST PAID         337.33         .00          .00        .00       337.33
TOTAL PAID           3750.44         .00          .00        .00      3750.44
```

The Debtor's attorney, JAMES A YOUNG & ASSOC       , was allowed $    2500.00
and was paid $    600.00   direct and $    435.49   through the plan.

The Trustee received $    154.07 .

Refunds to the Debtor totaled $      .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/11/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

```
                              PAGE  3
      CASE NO. 07 B 05829 TODD PHELPS & KERI PHELPS
```